FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV 16 PM 3:58

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ROY GATES, )
)
    Plaintiff, )
)
v. )
)
TODD THOMAS, Warden; )
A. BOATWRIGHT, Unit Manager; )
PEGGY COOPER, Assistant ) CASE NO. CV507-64
Warden; M. BROWN, Counselor; )
JOHN DOE LOTT; JOHN DOE )
CREAMER; JANE DOE STEED; Sgt. )
BOATWRIGHT; JOHN DOE NELSON; )
JANE DOE BUTLER; and GENE )
HARRIS, )
)
    Defendants. )
)

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. The Court has carefully considered Plaintiff's Objections and finds them to be without merit. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 16th day of November, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA